# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156389(45)

GRANT BAUSERMAN, KARL WILLIAMS and
TEDDY BROE, on Behalf of Themselves and All
Others Similarly Situated,
        Plaintiffs-Appellants,

v

UNEMPLOYMENT INSURANCE AGENCY,
        Defendant-Appellee.
_____/

SC: 156389
COA: 333181
Ct of Claims: 15-000202-MM

      On order of the Chief Justice, the motion of the Michigan League for Public Policy to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on October 17, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk